UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID N. ARMANI, | ) |
| | ) CASE NO. C14-1175-RSM-MAT |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) REPORT AND RECOMMENDATION |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Plaintiff filed a motion to proceed *in forma pauperis* (IFP) in this Social Security matter. (Dkt. 1) In the application, plaintiff states that he has $1,500 in a savings account. Given that this amount is greater than the amount of the filing fee ($400), the Court recommends that plaintiff's IFP application be DENIED. This action should proceed only if plaintiff pays the $400 filing fee within **thirty (30) days** after entry of the Court's Order adopting the Report and Recommendation. If no filing fee is paid within thirty days of the Court's Order, the Clerk should close the file.

/ / /

/ / /

REPORT AND RECOMMENDATION
PAGE -1

DATED this 19th day of August, 2014.

_____
Mary Alice Theiler
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2