UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID N. ARMANI, | ) |
| | ) CASE NO. C14-1175-RSM |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER DENYING *IN FORMA* |
| | ) *PAUPERIS* REQUEST |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

The Court, having reviewed plaintiff's application to proceed *in forma pauperis* (IFP), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's IFP application is DENIED based on having cash in a savings account greater than the amount of the filing fee. Plaintiff is directed to pay the full filing fee of $400 within **thirty (30) days** of the date of signature below. If the filing fee is not paid, this case will be dismissed;

(3) The Clerk shall file the complaint only on receipt of the filing fee. If no filing

ORDER DENYING *IN
FORMA PAUPERIS* REQUEST
PAGE -1

fee is paid within thirty (30) days of the date of this Order, the Clerk is directed to close the file; and

(4) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 15 day of September 2014.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DENYING *IN FORMA PAUPERIS* REQUEST
PAGE -2