UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID N. ARMANI,<br><br>    Plaintiff,<br><br>    vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:14-CV-01175-RSM<br><br><br>ORDER IN FAVOR OF PLAINTIFF |

IT IS HEREBY ORDERED AND ADJUDGED that based on the stipulation of the parties, the above-captioned case is reopened and Judgment will be entered pursuant to sentence four of § 405(g), affirming the Administrative Law Judge's decision of May 23, 2017 (on file herein as redacted attachment to Defendant's Stipulated Motion to Reopen Case and for Entry of Judgment).  Judgment will be entered for Plaintiff pursuant to sentence four of 42 U.S.C. § 405(g).

DATED this 25th day of January, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Page 1    ORDER

Presented by:

s/ Danielle R. Mroczek
DANIELLE R. MROCZEK
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2946
Fax: (206) 615-2531
danielle.mroczek@ssa.gov